## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MINNESOTA

In re:

Jeannine Marie Sideen,

    Debtor.

Bankr. Case No. 05-48124-NCD

Chapter 7 Case

Jeannine Marie Sideen,

    Plaintiff,

vs.

Education Credit Management Corporation (ECMC) and U.S. Department of Education,

    Defendants.

Adv. Proc. No. 07-4014

## **ORDER**

The parties having submitted a Stipulation; no appearances being necessary and, good cause appearing;

IT IS ORDERED that the parties' stipulation is approved by the Court;

IT IS FURTHER ORDERED that Plaintiff's student loan obligations owed to ECMC totaling $23,521.34 (plus any accrued interest) is hereby discharged;

IT IS FURTHER ORDERED that Plaintiff's Complaint be dismissed with prejudice; and,

IT IS FURTHER ORDERED that each party bear its own costs.

DATED this \_\_\_\_16th\_\_\_\_ day of \_\_\_\_July\_\_\_\_, 2008.

/e/ Nancy C. Dreher
Hon. Nancy C. Dreher
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *07/16/2008*
Lori Vosejpka, Clerk, by KK